# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: _____ **10-1064 M** _____

2) Defendant's Name: __ANDERSON_____ __ULRICH___ ___GAVIN_____
                           (Last)                 (First)               (M.I.)

3) Age:_____

4) Title:_____ Section(s):_____

5) Citizen of:_____ Needs:_____ Interpreter

6) Arrest Warrant Issued:_____ Date and time of arrest:_____

_(Items 1-6 to be completed by AUSA/Arresting Officer)_

7) Removal Proceeding:__Yes ___No    Other District:_____

8) Name of Interpreter used today:_____ Language:_____

9) Arraignment on complaint held:_____ **X** Yes _____No    Date/Time: **9/15/10**

10) Detention Hearing Held:_____ Bail set at:_____ ROR Entered:___ POD Entered:___

11) Temporary Order of Detention Entered: ✔   Bail Hearing set for: 9|17 0 2pm

12) (a) Preliminary Hearing set for:_____; or waived: ✔

    (b) Removal Hearing set for:_____; or waived:_____

    (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY: **TODD KAMINSKY**

14) DEFENSE COUNSEL'S NAME: **MILDRED WHAL**EN
       Address:_____
       Bar Code:_____ CJA:_ FDNY: **X** RET:___
       Telephone Number:(___)_____

15) LOG #:___ ( 509 51 ) MAG. JUDGE : **MARILYN D. GO**

16) _____ Defendant was advised of bond conditions by the Court and signed the bond.
       _____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
       _____Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____
_____
_____

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

         SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE